JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
706 COWPER STREET; SUITE 203
PALO ALTO, CA 94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant JORGE ARMANDO DIAZ BELTRAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 13-00045 LHK (PSG) |
| Plaintiff, ) | STIPULATION FOR AN ORDER CONTINUING DETENTION HEARING FROM 2/06/13 TO 2/08/13 & [~~PROPOSED~~] ORDER RE SAME. |
| vs. ) | |
| JORGE ARMANDO DIAZ BELTRAN, ) | |
| Defendant. ) | |

Plaintiff United States of America and Defendant Jorge Beltran hereby stipulate to jointly request that the Court issue an order continuing the detention hearing for Mr. Beltran from Wednesday, February 6, 2013 to Friday, February 8, 20113, at 9:00 a.m. or 9:30 a.m. The parties need this continuance because the Pretrial interview of Mr. Beltran was interrupted (during Monday afternoon) due to a sudden lock-down at the jail. Accordingly, it is anticipated that the interview will not be completed until Tuesday afternoon. That would not provide the Pretrial Service Officer sufficient time to confirm the information provided or to prepare the complete report. Therefore, the parties jointly and respectfully request that the Court continue the detention hearing from February 6, 2013 to February 8, 2013, at either 9:00 a.m. or 9:30 a.m.

DATED: February 4, 2013　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　JERRY Y. FONG, Attorney for Defendant
　　　　　　　　　　　　　　　　　JORGE ARMANDO DIAZ BELTRAN


DATED: February 4, 2013　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　THOMAS COLTHURST, AUSA, Attorney for
　　　　　　　　　　　　　　　　　Plaintiff UNITED STATES OF AMERICA


# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the detention hearing for Defendant Jorge Beltran shall be continued from February 6, 2013 to February 8, 2013, at 9:00 a.m. It is so ordered.

DATED: 2/5/2013　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　MAGISTRATE-JUDGE OF THE UNITED
　　　　　　　　　　　　　　　　　STATES DISTRICT COURT